# Milberg Weiss Bershad Hynes & Lerach LLP

One Pennsylvania Plaza, New York, NY 10119-0165
(212) 594-5300  Fax: (212) 868-1229
www.milberg.com

San Diego
San Francisco
Los Angeles
Boca Raton
Seattle
Philadelphia

October 3, 2003

*The Court does not accept letter briefs. See D. Conn. L.R.Civ. 7. The Clerk shall docket this letter. Any legal arguments shall be presented in a memorandum of law.*

*October 10, 2003.* [signature: Dominic J. Squatrito, USDJ]

**VIA FEDERAL EXPRESS**

The Honorable Dominic J. Squatrito
United States District Court Judge
United States District Court
Abraham Ribicoff Federal Building
450 Main Street
Hartford, Connecticut 06103

    Re: *JLM Industries et al. v. Stolt-Nielsen SA et al.*, Docket No. 3:03 CV348 (DJS)

Dear Judge Squatrito:

    Yesterday, we received a copy of Defendants' Motion To Hold In Abeyance Plaintiffs' Motion For Class Certification And To Stay Defendants' Response Thereto. Notably, Defendants Stolt-Nielsen SA and Stolt-Nielsen Transportation Group have not joined in this application. Defendants who have made this application have requested expedited review of their motion.

    The statements made in this motion are inaccurate and incomplete, thereby requiring immediate clarification.

    *First*, Defendants contend that JLM's motion "for class certification at this stage in the proceedings is improper." Def. Mem. at 2. There is nothing improper about the filing of a motion at the direction of a court. In fact, on June 24, 2003, this Court instructed the JLM Plaintiffs to file a motion for class certification on or before September 19, 2003 ("Order"). The filing of the class certification motion was, therefore, in simple compliance with this Court's Order.

    *Second*, Defendants suggest there is no factual basis upon which to certify a class and ask this Court to improperly consider the merits of the claim in connection with class certification.[1] They contend that Plaintiffs' motion for class certification is based upon nothing more than a "blithe assertion" and "a single news report." Def. Mem. at 12. Defendants ask this Court to ignore the obvious.

---

[1] *Eisen v. Carlisle & Jacquelin*, 417 U.S. 156, 178 (1974); *Caridad v. Metro.-N. Commuter R.R.*, 191 F.3d 283, 293 (2d Cir. 1999), *cert. denied*, 529 U.S. 1107 (2000) ("In deciding a certification motion, district courts must not consider or resolve the merits of the claims of the purported class.").

