UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JLM INDUSTRIES, INC., JLM INTERNATIONAL, INC., JLM INDUSTRIES (EUROPE) BV, JLM EUROPE BV and TOLSON HOLLAND, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>STOLT-NIELSEN SA, STOLT-NIELSEN TRANSPORTATION GROUP LTD., ODFJELL ASA, ODFJELL USA INC., JO TANKERS B.V., JO TANKERS, INC. and TOKYO MARINE CO. LTD.,<br><br>Defendants, | Civ. 3:03 CV 348 (DJS)<br><br><br><br><br><br><br><br><br><br><br><br>November 3, 2003 |

### WITHDRAWAL OF APPEARANCE

Pursuant to Rule 7 of the Local Rules of Civil Procedure for the United States District Court, Elizabeth A. Fowler requests leave to withdraw her appearance for defendant, Odfjell ASA and Odfjell USA, Inc, in this action. Attorneys Brien P. Horan, Craig A. Raabe, and Edward J. Heath will continue to serve as counsel for the defendants, Odfjell ASA and Odfjell USA.

DEFENDANTS
ODFJELL ASA and ODFJELL USA, INC.

By: _____
    Elizabeth A. Fowler (ct 23584)
    Craig A. Raabe (ct 04116)
    Edward J. Heath (ct 20992)
    Brien P. Horan (ct 06870)
    Robinson & Cole LLP
    280 Trumbull Street
    Hartford, CT 06103-3597
    Tel. (860) 275-8200
    Fax (860) 275-8299

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was sent via first-class mail, postage prepaid, on the 3rd day of November, 2003 to the following:

Keith Dubanevich, Esq.
GARVEY SCHUBERT BARER
121 SW Morrison Street
Portland, OR 97204-3141

Donna Nelson Heller, Esq.
James R. Hawkins, II, Esq.
Patrick J. McHugh, Esq.
FINN DIXON & HERLING
One Landmark Square, Suite 1400
Stamford, CT 06901

Michael M. Buchman, Esq.
Douglas Richards, Esq.
Michael R. Reese, Esq.
MILBERG, WEISS, BERSHAD, HYNES & LERACH
One Pennsylvania Plaza, Suite 4915
New York, New York 10119-0165

Christopher M. Curran, Esq.
J. Mark Gidley, Esq.
Peter J. Carney, Esq.
WHITE & CASE
601 Thirteenth Street, NW
Washington, DC 20005

Joshua B. Silverman, Esq.
Richard J. Rappaport, Esq.
Amy B. Manning, Esq.
Samantha C. Gordon, Esq.
MCGUIREWOODS
150 North Michigan Avenue, Suite 2500
Chicago, IL 60601-7567

Richard D. Gluck, Esq.
Paul S. Hoff, Esq.
GARVEY SCHUBERT BARER
1000 Potomac Street N.W., 5th Floor
Washington, DC 20007-3501

Paul Sanson, Esq.
Sheila A. Huddleston, Esq.
SHIPMAN & GOODMAN LLP
One American Row
Hartford, CT 06103

William Kolasky, Esq.
Thomas Mueller, Esq.
WILMER, CUTLER & PICKERING
2445 M Street, N.W.
Washington, DC 20037

Robert A. White, Esq.
C. Donald Neville, Esq.
MURTHA CULLINA LLP
185 Asylum Street, CityPlace I
Hartford, CT 06103

<u>Via Certified Mail</u>:

Steven F. Cherry, Esq.
WILMER, CUTLER & PICKERING
1600 Tysons Boulevard, 10th Floor
McLean, VA 22102-4059

Eric D. Grayson, Esq.
124 W. Putnam Avenue, 2nd Floor
Greenwich, CT 06830

Elizabeth A. Fowler

3