UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JLM INDUSTRIES, INC., JLM INTERNATIONAL, INC., JLM INDUSTRIES (EUROPE) BV; JLM EUROPE BV; and TOLSON HOLLAND, individually and on behalf of all others similarly situated, | ) ) ) ) ) ) | Civil Action No. 3:03 CV 348 (DJS) |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| STOLT-NIELSEN SA; STOLT-NIELSEN TRANSPORTATION GROUP LTD., ODFJELL ASA; ODFJELL USA, INC.; JO TANKERS B.V.; JO TANKERS, INC.; and TOKYO MARINE CO. LTD., | ) ) ) ) ) ) | November 18, 2003 |
| Defendants. | ) ) | |

## MOTION BY PLAINTIFFS AND TOKYO MARINE FOR ENTRY OF AGREED STIPULATION

The undersigned parties respectfully move that this Honorable Court enter the following Agreed Stipulation:

1. On March 18, 2003, JLM Industries Inc. and affiliated entities ("JLM") brought an amended complaint in the United States District Court for the District of Connecticut against Defendants Stolt-Nielsen SA, and Stolt-Nielsen Transportation Group Ltd. (collectively "Stolt"); Odfjell ASA, and Odfjell USA, Inc. (collectively "Odfjell); Jo Tankers B.V., and Jo Tankers, Inc. (collectively "Jo Tankers"); and Tokyo Marine Co., Ltd. ("Tokyo Marine").

2. On June 24, 2003 this Court denied a motion of Defendants Stolt, Odfjell, and Jo Tankers to compel arbitration on all claims in this Action. On June 27, 2003 Defendants Stolt, Odfjell, and Jo Tankers appealed to the Second Circuit the order of this Court denying arbitration.

3. On August 14, 2003 Tokyo Marine filed a timely motion (i) to compel arbitration on all claims and (ii) to dismiss the complaint as to it for lack of personal jurisdiction.

4. On August 20, 2003 this Court denied Tokyo Marine's motion to compel arbitration with the following endorsement in the margin of Tokyo Marine's motion: "DENIED for the reasons previously articulated in the June 24, 2003 memorandum."

5. On August 25, 2003, this Court clarified that its ruling of August 20, 2003 was limited to Tokyo Marine's motion to compel arbitration and that it had not ruled on Tokyo Marine's motion to dismiss.

6. On August 25, 2003 Tokyo Marine appealed to the Second Circuit the August 20, 2003 order of this Court, and moved to consolidate its appeal with the pending appeals of Defendants Stolt, Odfjell, and Jo Tankers. On October 16, 2003 the Court of Appeals granted the motion of Tokyo Marine to consolidate its appeal with the appeal of defendants Stolt, Odfjell, and Jo Tankers.

7. JLM has not responded to the portion of Tokyo Marine's motion of August 14, 2003 to dismiss this Action as to it for lack of personal jurisdiction.

8. On July 31, 2003 defendants Stolt, Odfjell, Jo Tankers, and Tokyo Marine filed a motion before the Judicial Panel on Multidistrict Litigation (the "Judicial Panel") seeking consolidation of this Action and *Illovo Sugar Limited, et al., v. Stolt-Nielsen, SA, et al.,* (3:03 CV 1200 (DJS)) with related actions pending in two other districts (the Eastern District of Pennsylvania and the Southern District of Texas) ("Defendants' Motion to Transfer and Consolidate"). *Re Parcel Tanker Shipping Services Antitrust Litigation*, No. MDL-1568.

9. In an effort to conserve judicial and private resources, and for the convenience of all parties, JLM and Tokyo Marine hereby stipulate and agree that JLM need not respond to Tokyo Marine's motion to dismiss for lack of personal jurisdiction unless and until both (i) the Second Circuit upholds this Court's decision denying the motion of Tokyo Marine to compel arbitration, and (ii) the Judicial Panel consolidates this Action and all related matters in this Court. If both those events occur, JLM shall have 30 days from the date the Second Circuit remits this Action back to this Court, or 30 days from the date the Judicial Panel consolidates this Action and all related actions in this Court, whichever occurs later, to respond to Tokyo Marine's motion to dismiss for lack of personal jurisdiction. Tokyo Marine shall have 15 days after date of service of JLM's response to file a reply.

10. The parties also stipulate and agree that if the Judicial Panel consolidates this Action and related matters in a United States District Court other than this Court, and the Second Circuit upholds the decision of this Court denying the motion of Tokyo Marine to compel arbitration, then the schedule for the response of JLM to the motion to dismiss for lack of personal jurisdiction will be determined by the court to which the Judicial Panel transferred this Action.

Respectfully submitted,

DEFENDANT TOKYO MARINE CO., LTD.

By: _____
Paul D. Sanson, Esq.
Shipman & Goodwin LLP

One American Row
Hartford, CT 06103-2819
Telephone: (860) 251-5000
Fax: (860) 251-5799


Richard Gluck, Esq.
Paul Hoff, Esq.
GARVEY SCHUBERT BARER
1000 Potomac Street, N.W.
Washington, D.C. 20007-3501
Telephone: (202) 965-7880
Fax: (202) 965-1729


JLM INDUSTRIES, INC.


By: _____
J. Douglas Richards, Esq.
Michael M. Buchman, Esq.
Milberg Weiss Bershad Hynes & Lerach
One Pennsylvania Plaza, Suite 4915
New York, NY 10119-0165
Telephone: (212) 593-5300
Fax: (212) 244-5423

Eric D. Grayson, Esq.
Grayson & Associates, P.C.
124 West Putnam Avenue
Second Floor
Greenwich, CT 06830
Telephone: (203) 622-8100
Fax: (203) 622-8104

## CERTIFICATION OF SERVICE

I hereby certify that on this 18th day of November, 2003, a copy of the foregoing Motion for Entry of Agreed Stipulation was served by first class mail, postage prepaid, to:

Craig A. Raabe, Esq.
Edward J. Heath, Esq.
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT  06103-3597

Robert A. White, Esq.
C. Donald Neville, Esq.
Murtha Cullina LLP
CityPlace I – 185 Asylum Street
Hartford, CT  06103-3469

Steven F. Cherry, Esq.
Bradley Miller, Esq.
Wilmer, Cutler & Pickering
1600 Tysons Boulevard, 10th Floor
McLean, VA  22102

Amy B. Manning, Esq.
Joshua B. Silverman, Esq.
Samantha C. Gordon, Esq.
Ross & Hardies
150 North Michigan Ave., Suite 2500
Chicago, IL  60601-7567

William J. Kolasky, Esq.
Thomas Mueller, Esq.
Wilmer, Cutler & Pickering
2445 M Street, N.W.
Washington, DC  20037

James R. Hawkins, II, Esq.
Donna Nelson Heller, Esq.
Patrick J. McHugh, Esq.
Finn Dixon & Herling
One Landmark Square, Suite 1400
Stamford, CT  06901

Christopher M. Curran, Esq.
J. Mark Gidley, Esq.
Peter J. Carney, Esq.
White & Case
601 Thirteenth Street, N.W.
Suite 600 South
Washington, DC  20005

_____
Paul D. Sanson

358306 v.01