UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **JLM INDUSTRIES, INC., ET AL**<br>    Plaintiffs | : |
| v. | : CIVIL NO.: 3:03cv348(DJS) |
| **STOLT-NIELSEN SA, ET AL**<br>    Defendants | : |

**ORDER**

The motion for Withdrawal of Appearance (Doc. #125) of Elizabeth A. Fowler is hereby **GRANTED.**

**IT IS SO ORDERED**.

Dated at Hartford, Connecticut, this   26th   day of November, 2003.

　　　　　　　　　　　　　　　　　　　　　 /s/DJS　　　　　　　　　　　　　
　　　　　　　　　　　　　　　　　　　Dominic J. Squatrito
　　　　　　　　　　　　　　　　　　　United States District Judge