UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **JLM INDUSTRIES, INC., ET AL**<br>    Plaintiffs | : |
| v. | : CIVIL NO.: 3:03cv348(DJS) |
| **STOLT-NIELSEN, S.A., ET AL**<br>    Defendants | : |

**ORDER**

In the interest of justice, the above-captioned case is hereby transferred to the Honorable Alfred V. Covello, United States District Judge, who sits in Hartford, Connecticut, pursuant to Order of Judicial Panel on Multidistrict Litigation. All further pleadings or documents in this matter should be filed with the Clerk's Office in Hartford and bear the docket number **3:03cv348(AVC)**. Pleadings or documents related to this action and filed in any other seat of court will be refused at the Clerk's Office and returned to you unfiled. See Local Rule 3(a).

   **IT IS SO ORDERED**.

   Dated at Hartford, Connecticut, this   12th   day of February, 2004.


                              /s/DJS
                              Dominic J. Squatrito
                              United States District Judge