33

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

MAY 5  4 51 PM '03

U.S. DISTRICT COURT
HARTFORD

| | |
|---|---|
| JLM INDUSTRIES, INC., JLM INTERNATIONAL, INC., JLM INDUSTRIES (EUROPE) BV, JLM EUROPE BV and TOLSON HOLLAND, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>STOLT-NIELSEN SA, STOLT-NIELSEN TRANSPORTATION GROUP LTD., ODFJELL ASA, ODFJELL USA, INC., JO TANKERS B.V., JO TANKERS, INC. and TOKYO MARINE CO. LTD.,<br><br>Defendants. | Civ. 3:03 CV 348 (DJS)<br><br>May 5, 2003 |

**DEFENDANTS ODFJELL ASA AND ODFJELL USA, INC.'S MOTION TO COMPEL ARBITRATION AND TO DISMISS FOR LACK OF PERSONAL JURISDICTION AND FAILURE TO STATE A CLAIM**

Pursuant to the Federal Arbitration Act, 9 U.S.C. § 1, *et. seq.* and Rule 12(b) of the Federal Rules of Civil Procedure, Defendants Odfjell ASA and Odfjell USA, Inc. (collectively "Odfjell") hereby move this court to compel arbitration of each and every claim asserted by plaintiffs against Odfjell, and in the alternative, to dismiss all claims against defendant Odfjell ASA. Odfjell submits a Memorandum of Law and the Affidavit of Peter Waugh in support hereof.

[Handwritten margin note:] August 23, 2004. As this motion remains pending to the extent it seeks dismissal of the action pursuant to Rule 12(b), the clerk shall record that the motion is denied without prejudice to its refiling, if desired, after the stay has been lifted in this matter. SO ORDERED.

Alfred V. Covello, U.S.D.J.