

*nhct*
*03-cv-348*
*Squatrito*

# United States Court of Appeals
### FOR THE
### SECOND CIRCUIT

At a stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, Foley Square, in the City of New York, on the 26th day of October, two thousand and four.

Before:    Hon. Rosemary S. Pooler,
           Hon. Sonia Sotomayor,
           Hon. Richard C. Wesley,
                                *Circuit Judges*

Docket Nos. 03-7683(L), 03-7913(CON)

---

JLM INDUSTRIES, INC., JLM INTERNATIONAL, INC., JLM INDUSTRIES (EUROPE) BV, and TOLSON HOLLAND, individually and on behalf of all others similarly situated,

Plaintiffs-Appellees,

-v.-

STOLT-NIELSEN SA, STOLT-NIELSEN TRANSPORTATION GROUP LTD., ODFJELL ASA, ODFJELL, INC., JO TANKERS BV, JO TANKERS, INC., and TOKYO MARINE CO. LTD.,

Defendants-Appellants.

---

Appeal from the United States District Court for the District of Connecticut.

This cause came on to be heard on the transcript of record from the United States District Court for the District of Connecticut and was argued by counsel.

On consideration whereof, it is hereby ORDERED, ADJUDGED and DECREED that the order of said District Court be and it hereby is REVERSED and REMANDED in accordance with the opinion of this Court.

FOR THE COURT:
ROSEANN B. MACKECHNIE, Clerk
by

Arthur M. Heller
Motions Staff Attorney

A TRUE COPY
Roseann B. MacKechnie, CLERK
by
DEPUTY CLERK

ISSUED AS MANDATE: 2/16/05