UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JLM INDUSTRIES, INC., JLM INTERNATIONAL, INC., JLM INDUSTRIES (EUROPE) BV, JLM EUROPE BV and TOLSON HOLLAND, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>STOLT-NIELSEN SA, STOLT-NIELSEN TRANSPORTATION GROUP LTD., ODFJELL ASA, ODFJELL USA INC., JO TANKERS B.V., JO TANKERS, INC. and TOKYO MARINE CO. LTD.,<br><br>Defendants, | Civ. 3:03 CV 348 (AVC)<br><br><br><br><br><br><br><br><br><br><br><br><br><br>APRIL 8, 2005 |

MOTION TO WITHDRAW APPEARANCE

The undersigned, Attorney Brien P. Horan, respectfully moves to withdraw his appearance as counsel for Defendants, Odfjell ASA and Odfjell USA, Inc. in the above-captioned action.

The undersigned moves to withdraw his appearance because he is leaving the law firm of Robinson & Cole LLP and private legal practice to accept a corporate position with a client of his law firm. His withdrawal will not in any way slow or affect the forward momentum of this litigation. The interests of Odfjell ASA and Odfjell USA, Inc. will be well represented by the following Robinson & Cole lawyers, who also have appearances in this case: Craig A. Raabe and Edward J. Heath.

HART1-1246942-1

- 2 -

                                                        **DEFENDANTS**
                                                        **ODFJELL ASA, INC. and**
                                                        **ODFJELL USA, INC.**

By: _/s/ Brien P. Horan_
     Brien P. Horan - ct068670
     ROBINSON & COLE, LLP
     280 Trumbull Street
     Hartford, CT 06103-3597
     Tel.: (860) 275-8200
     Fax: (860) 275-8299

CERTIFICATION

This is to certify that a copy of the foregoing was mailed, postage prepaid, to the following on this 8th day of April, 2005.

Keith Dubanevich, Esq.
GARVEY SCHUBERT BARER
121 SW Morrison Street
Portland, OR 97204-3141

Michael M. Buchman, Esq.
Douglas Richards, Esq.
Michael R. Reese, Esq.
MILBERG, WEISS, BERSHAD, HYNES & LERACH
One Pennsylvania Plaza, Suite 4915
New York, New York 10119-0165

Joshua B. Silverman, Esq.
Richard J. Rappaport, Esq.
Amy B. Manning, Esq.
Samantha C. Gordon, Esq.
MCGUIREWOODS
150 North Michigan Avenue, Suite 2500
Chicago, IL 60601-7567

Paul Sanson, Esq.
Sheila A. Huddleston, Esq.
SHIPMAN & GOODMAN LLP
One American Row
Hartford, CT 06103

Robert A. White, Esq.
C. Donald Neville, Esq.
MURTHA CULLINA LLP
185 Asylum Street, CityPlace I
Hartford, CT 06103

Eric D. Grayson, Esq.
124 W. Putnam Avenue, 2nd Floor
Greenwich, CT 06830

Donna Nelson Heller, Esq.
James R. Hawkins, II, Esq.
Patrick J. McHugh, Esq.
FINN DIXON & HERLING
One Landmark Square, Suite 1400
Stamford, CT 06901

Christopher M. Curran, Esq.
J. Mark Gidley, Esq.
Peter J. Carney, Esq.
WHITE & CASE
601 Thirteenth Street, NW
Washington, DC 20005

Richard D. Gluck, Esq.
Paul S. Hoff, Esq.
GARVEY SCHUBERT BARER
1000 Potomac Street N.W., 5th Floor
Washington, DC 20007-3501

Steven F. Cherry, Esq.
WILMER, CUTLER & PICKERING
1600 Tysons Boulevard, 10th Floor
McLean, VA 22102-4059

William Kolasky, Esq.
Thomas Mueller, Esq.
WILMER, CUTLER & PICKERING
2445 M Street, N.W.
Washington, DC 20037

_____
Brien P. Horan