

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

05 APR 11 P 3:22

DISTRICT COURT
HARTFORD CT

| JLM INDUSTRIES, INC., JLM INTERNATIONAL, INC., JLM INDUSTRIES (EUROPE) BV, JLM EUROPE BV and TOLSON HOLLAND, individually and on behalf of all others similarly situated, |  |
|---|---|
| Plaintiffs, | Civ. 3:03 CV 348 (AVC) |
| vs. |  |
| STOLT-NIELSEN SA, STOLT-NIELSEN TRANSPORTATION GROUP LTD., ODFJELL ASA, ODFJELL USA INC., JO TANKERS B.V., JO TANKERS, INC. and TOKYO MARINE CO. LTD., |  |
| Defendants, |  |

APRIL 8, 2005

### MOTION TO WITHDRAW APPEARANCE

The undersigned, Attorney Brien P. Horan, respectfully moves to withdraw his appearance as counsel for Defendants, Odfjell ASA and Odfjell USA, Inc. in the above-captioned action.

The undersigned moves to withdraw his appearance because he is leaving the law firm of Robinson & Cole LLP and private legal practice to accept a corporate position with a client of his law firm. His withdrawal will not in any way slow or affect the forward momentum of this litigation. The interests of Odfjell ASA and Odfjell USA, Inc. will be well represented by the following Robinson & Cole lawyers, who also have appearances in this case: Craig A. Raabe and Edward J. Heath.

HART1-1246942-1

GRANTED.
Alfred V. Covello, U.S.D.J.
April 14, 2005.
SO ORDERED.