UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| IN RE PARCEL TANKER SHIPPING SERVICES ANTITRUST LITIGATION | Master Docket No. 03-CIV-348(AVC)<br>MDL Docket No. 1568 |
| THIS DOCUMENT RELATES TO:<br><br>*Basic Chemical Solutions LLC v. Stolt-Nielsen SA, et al.*, Civ. A. No. 3:04-124-AVC | |

### NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that Plaintiff Basic Chemical Solutions LLC, pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby voluntarily dismisses with prejudice the above-referenced action.

Dated: April 22, 2005

GOLD BENNETT CERA & SIDENER LLP
595 Market Street, Suite 2300
San Francisco, California 94105
Telephone: (415) 777-2230
Facsimile: (415) 777-5189

By: _____
Joseph M. Barton

Attorneys for Plaintiff
Basic Chemical Solutions LLC

## CERTIFICATE OF SERVICE

I, KimLane E. Gantan, hereby declare under penalty of perjury as follows:

I am employed by Gold Bennett Cera & Sidener LLP, 595 Market Street, Suite 2300, San Francisco, California, 94105-2835. I am over the age of eighteen years and am not a party to this action.

On April 22, 2005, I served a copy of the aforementioned "**NOTICE OF VOLUNTARY DISMISSAL**" was delivered to all counsel of record by electronic service pursuant to the Court's Order Regarding Electronic Service and copies of same was enclosed in sealed envelopes and deposited in the U.S. Mail, postage prepaid on all parties listed on the attached Exhibit I.

Executed on April 22, 2005, at San Francisco, California.

_____
KimLane E. Gantan

#106039 CERTIFICATE OF SERVICE

**EXHIBIT I**

Brien P. Horan
Craig A. Raabe
Edward J. Heath
Robinson & Cole
280 Trumbull Street
Hartford, CT 06103-3597

Paul S. Hoff
Robert A. W. Boraks
Richard D. Gluck
Garvey, Schubert & Barer
1000 Potomac St., NW
Washington, DC 20007

Michael M. Buchman
J. Douglas Richards
Milberg Weiss Bershad & Schulman LLP
One Pennsylvania Plaza, Ste 4915
New York, NY 10119-0165

Christopher M. Curran
J. Mark Gidley
Peter J. Carney
Karie Jo Barwind
White & Case
701 Thirteenth St., NW
Washington, DC 20005

Michael D. Hausfeld
Paul D. Gallagher
Cohen Milstein Hausfeld & Toll
1100 New York Ave., NW
West Tower, Ste 500
Washington, DC 20005-3934

James E. Miller
Shepherd, Finkelman, Miller & Shah
One Lewis Street
Hartford, CT 06103

Francis J. Drumm, III
David Crotta, Jr.,
Robert G. Oliver
Mulvey, Olivery & Gould
83 Trumbull Street
New Haven, CT 06511

Keith Dubanevich
Garvey Shubert Barer
121 SW Morrison St., 11th Floor
Portland, OR 97204-3141

Eric D. Grayson
124 W. Putnam Avenue, 2nd Floor
Greenwich, CT 06830

Donna Nelson Heller
James R. Hawkins
Patrick J. McHugh
Finn, Dixon & Herling
One Landmark Square, Ste 1400
Stamford, CT 06901

Andrew B. Sacks
Sacks & West, LLC
510 Walnut Street, Suite 400
Philadelphia, PA 19106

#106039 CERTIFICATE OF SERVICE

| | |
|---|---|
| Thomas Mueller<br>William Kolasky<br>Wilmer, Cutler Pickering Hale<br>   and Dorr LLP<br>2445 M St., NW<br>Washington, DC 20037-1420 | Bradley Miller<br>Steven Cherry<br>Thomas Mueller<br>Wilmer, Cutler Pickering Hale<br>   and Dorr LLP<br>1600 Tysons Blvd, 10th Floor<br>McLean, VA 22102 |
| Paul D. Sanson<br>Sheila A. Huddleston<br>Shipman & Goodwin<br>One American Row<br>Hartford, CT 06103-2819 | Joseph C. Kohn<br>Kohn, Swift & Graf<br>One So. Broad Street, Suite 2100<br>Philadelphia, PA 19107-3389 |
| Robert A. White<br>Murtha, Cullina LLP<br>Cityplace I, 185 Asylum Street<br>Hartford, CT 06103-3469 | Bernard Persky<br>Goodkind, Labaton, Rudoff & Sucharow<br>100 Park Avenue<br>New York, NY 10017-5563 |
| David M. Bond<br>Boyar & Miller<br>4265 San Felipe, Suite 1200<br>Houston, TX 77027 | Warren Rubin<br>Law Offices of Bernard M. Gross, PC<br>Suite 450, John Wanamaker Bldg.<br>Juniper and Market Streets<br>100 Penn Square East<br>Philadelphia, PA 19107 |
| Joe R. Whatley, Jr<br>Whatley Drake, LLC<br>2323 2nd Avenue North<br>Birmingham, AL 35203-4601 | Paul T. Warner<br>Reich & Binstock<br>4265 San Felipe, Suite 1000<br>Houston, TX 77027-0001 |
| Carol A. Mager<br>Mager, White & Goldstein, LLP<br>1650 Township Line Road<br>One Pitcairn Place, Ste 2400<br>Jenkintown, PA 19046 | Jeffrey B. Gittleman<br>Barrack, Rodos & Bacine<br>3300 Two Commerce Square<br>2001 Market Street<br>Philadelphia, PA 19103 |
| David R. Schaefer<br>Brenner, Saltzman & Wallman LLP<br>271 Whitney Avenue<br>New Haven, CT 06511 | William H. Roberts<br>Blank, Rome, Comisky & McCauley<br>One Logan Square<br>Philadelphia, PA 19103-6998 |

#106039 CERTIFICATE OF SERVICE

| | |
|---|---|
| Paul M. Simmons<br>Douglas H. Patton<br>Dewsnup, King & Olsen<br>36 South State<br>2020 Beneficial Life Tower<br>Salt Lake City, UT 84111 | Andrew Schatz<br>Schatz & Nobel, P.C.<br>One Corporate Center<br>20 Church Street, Suite 1700<br>Hartford, CT 06103 |
| James E. Hartley, Jr.<br>Gary B. O'Connor<br>Drubner, Hartley & O'Connor, LLC<br>500 Chase Parkway<br>Waterbury, CT 06708 | Michael J. Freed<br>Steven Kanner<br>Michael B. Hyman<br>Much Shelist Freed Denenberg Ament<br>  & Rubenstein, P.C.<br>191 North Wacker Drive, Suite 1800<br>Chicago, IL 60606-1615 |
| David Gelfand<br>Cleary Gottlieb Steen & Hamilton<br>2000 Pennsylvania Avenue, N.W.<br>Suite 9000<br>Washington, DC 20006-1801 | Nathan P. Eimer<br>Eimer Stahl Klevorn & Solberg LLP<br>224 South Michigan Avenue, Suite 1100<br>Chicago, IL 60604 |
| Robert S. Schachter<br>Zwerling, Schachter & Zwerling, LLP<br>41 Madison Avenue<br>New York, NY 10010 | Steven J. Greenfogel<br>Meredith Cohen Greenfogel & Skirmick<br>Architects Building, 22nd Floor<br>117 South 17th Street<br>Philadelphia, PA 19103 |
| Marc H. Edelson<br>Hoffman & Edelson, LLC<br>45 West Court Street<br>Doylestown, PA 18901 | Richard Lockridge<br>W. Joseph Bruckner<br>Lockridge Grindal Nauen P.L.L.P.<br>100 Washington Avenue, South<br>Suite 2200<br>Minneapolis, MN 55401 |
| Robert N. Kaplan<br>Kaplan Fox & Kilsheimer, LLP<br>805 Third Avenue, 22nd Floor<br>New York, NY 10022 | Anthony J. Bolognese<br>Bolognese & Associates, LLC<br>1617 JFK Blvd., Suite 650<br>Philadelphia, PA 19103 |
| Scott M. Karsten<br>Sack Spector & Karsten LLP<br>836 Farmington Avenue<br>West Hartford, CT 06119 | Steven A. Asher<br>Fox Rothschild O'Brien & Frankel, LLP<br>2000 Market Street, 10th Floor<br>Philadelphia, PA 19103 |

#106039 CERTIFICATE OF SERVICE

H. Laddie Montague
Berger & Montague, P.C.
1622 Locust Street
Philadelphia, PA 19103-6365

David Waddell
Seyfarth Shaw LLP
700 Louisiana Street, Suite 3850
Houston, TX 77002-2731

Burton H. Finkelstein
Finkelstein, Thompson & Loughran
The Foundry Building
1050 30th Street NW
Washington, DC 20007

Seymor J. Mansfield
Jeremy L. Johnson
Mansfield Tanick & Cohen, P.A.
1700 Pillsbury Center South
220 South Sixth Street
Minneapolis, MN 55402-4511

Nicholas E. Chimicles
Chimicles & Tikellis, LLP
One Haverford Centre
361 West Lancaster Avenue
Haverford, PA 19041

Michael Albano
Sabia & Hartley, LLC
190 Trumbull Street, Suite 202
Hartford, CT 06103

Harry Lee Godfrey
Vineet Bhatia
Susman Godfrey
1000 Louisiana St., Suite 1500
Houston, TX 77002

Ira Neil Richards
Trujillo Rodriguez & Richards, LLC
226 West Rittenhouse Square
Philadelphia, PA 19103

Tom Alan Cunningham
Cunningham Darlow Zook
   & Chapoton, LLP
600 Travis, Suite 1700
Houston, TX 77002

Richard N. Carrell
Layne E. Kruse
Fulbright & Jaworksi, LLP
1301 McKinney, Suite 5100
Houston, TX 77010

Juliann H. Panagos
McGlinchey Stafford, PLLC
1001 McKinney, Suite 1500
Houston, TX 77002

Richard J. Rappaport
Amy B. Manning
Samantha Gordon
McGuire Woods LLP
77 West Wacker Drive, Suite 4100
Chicago, IL 60601

Conrad S.P. Williams, III
Michael X. St. Martin
Charles G. Jevic, III
Christoher St. Martin
4084 Hwy 311
P.O. Box 2017
Houma, LA 70360

Kenneth M. Kastner
Philip C. Larson
William L. Monts, III
Hogan & Hartson, LLP
555 Thirteenth Street, NW
Washington, DC 20004

#106039 CERTIFICATE OF SERVICE

Steven M. Edwards
Eric J. Stock
Diana R. Hyman
Hogan & Hartson, LLP
875 Third Avenue
New York, NY 10022

Suzanne Ellen Wachsstock
Wiggin & Dana
400 Atlantic St., 7th Floor
P.O. Box 110325
Stamford, CT 06911-0325

#106039 CERTIFICATE OF SERVICE