UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| IN RE PARCEL TANKER SHIPPING SERVICES ANTITRUST LITIGATION | Master Docket No. 03-CIV-348(AVC) MDL Docket No. 1568 |
| THIS DOCUMENT RELATES TO: *GFI Chemicals, LP; and GFI Sweden AB v. Stolt-Nielsen SA, et al.*, Civ. A. No. 3:04-325-AVC | |

## NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that Plaintiffs GFI Chemicals, LP and GFI Sweden AB,

pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby voluntarily dismiss with prejudice

the above-referenced action.

Dated: April 22, 2005

GOLD BENNETT CERA & SIDENER LLP
595 Market Street, Suite 2300
San Francisco, California 94105
Telephone: (415) 777-2230
Facsimile: (415) 777-5189

By: _____
Joseph M. Barton

Attorneys for Plaintiffs
GFI Chemicals, LP and GFI Sweden AB

#110054

-1-

## CERTIFICATE OF SERVICE

I, KimLane E. Gantan, hereby declare under penalty of perjury as follows:

I am employed by Gold Bennett Cera & Sidener LLP, 595 Market Street, Suite 2300, San Francisco, California, 94105-2835. I am over the age of eighteen years and am not a party to this action.

On April 22, 2005, I served a copy of the aforementioned "**NOTICE OF VOLUNTARY DISMISSAL**" was delivered to all counsel of record by electronic service pursuant to the Court's Order Regarding Electronic Service and copies of same was enclosed in sealed envelopes and deposited in the U.S. Mail, postage prepaid on all parties listed on the attached Exhibit I.

Executed on April 22, 2005, at San Francisco, California.

KimLane E. Gantan

# EXHIBIT I

Brien P. Horan
Craig A. Raabe
Edward J. Heath
Robinson & Cole
280 Trumbull Street
Hartford, CT 06103-3597

Paul S. Hoff
Robert A. W. Boraks
Richard D. Gluck
Garvey, Schubert & Barer
1000 Potomac St., NW
Washington, DC 20007

Michael M. Buchman
J. Douglas Richards
Milberg Weiss Bershad & Schulman LLP
One Pennsylvania Plaza, Ste 4915
New York, NY 10119-0165

Christopher M. Curran
J. Mark Gidley
Peter J. Carney
Karie Jo Barwind
White & Case
701 Thirteenth St., NW
Washington, DC 20005

Michael D. Hausfeld
Paul D. Gallagher
Cohen Milstein Hausfeld & Toll
1100 New York Ave., NW
West Tower, Ste 500
Washington, DC 20005-3934

James E. Miller
Shepherd, Finkelman, Miller & Shah
One Lewis Street
Hartford, CT 06103

Francis J. Drumm, III
David Crotta, Jr.,
Robert G. Oliver
Mulvey, Olivery & Gould
83 Trumbull Street
New Haven, CT 06511

Keith Dubanevich
Garvey Shubert Barer
121 SW Morrison St., 11th Floor
Portland, OR 97204-3141

Eric D. Grayson
124 W. Putnam Avenue, 2nd Floor
Greenwich, CT 06830

Donna Nelson Heller
James R. Hawkins
Patrick J. McHugh
Finn, Dixon & Herling
One Landmark Square, Ste 1400
Stamford, CT 06901

Andrew B. Sacks
Sacks & West, LLC
510 Walnut Street, Suite 400
Philadelphia, PA 19106

Thomas Mueller
William Kolasky
Wilmer, Cutler Pickering Hale
    and Dorr LLP
2445 M St., NW
Washington, DC 20037-1420

Paul D. Sanson
Sheila A. Huddleston
Shipman & Goodwin
One American Row
Hartford, CT 06103-2819

Robert A. White
Murtha, Cullina LLP
Cityplace I, 185 Asylum Street
Hartford, CT 06103-3469

David M. Bond
Boyar & Miller
4265 San Felipe, Suite 1200
Houston, TX 77027

Joe R. Whatley, Jr
Whatley Drake, LLC
2323 2nd Avenue North
Birmingham, AL 35203-4601

Carol A. Mager
Mager, White & Goldstein, LLP
1650 Township Line Road
One Pitcairn Place, Ste 2400
Jenkintown, PA 19046

David R. Schaefer
Brenner, Saltzman & Wallman LLP
271 Whitney Avenue
New Haven, CT  06511

Bradley Miller
Steven Cherry
Thomas Mueller
Wilmer, Cutler Pickering Hale
    and Dorr LLP
1600 Tysons Blvd, 10th Floor
McLean, VA 22102

Joseph C. Kohn
Kohn, Swift & Graf
One So. Broad Street, Suite 2100
Philadelphia, PA 19107-3389

Bernard Persky
Goodkind, Labaton, Rudoff & Sucharow
100 Park Avenue
New York, NY 10017-5563

Warren Rubin
Law Offices of Bernard M. Gross, PC
Suite 450, John Wanamaker Bldg.
Juniper and Market Streets
100 Penn Square East
Philadelphia, PA 19107

Paul T. Warner
Reich & Binstock
4265 San Felipe, Suite 1000
Houston, TX 77027-0001

Jeffrey B. Gittleman
Barrack, Rodos & Bacine
3300 Two Commerce Square
2001 Market Street
Philadelphia, PA 19103

William H. Roberts
Blank, Rome, Comisky & McCauley
One Logan Square
Philadelphia, PA 19103-6998

Paul M. Simmons
Douglas H. Patton
Dewsnup, King & Olsen
36 South State
2020 Beneficial Life Tower
Salt Lake City, UT 84111

James E. Hartley, Jr.
Gary B. O'Connor
Drubner, Hartley & O'Connor, LLC
500 Chase Parkway
Waterbury, CT 06708

David Gelfand
Cleary Gottlieb Steen & Hamilton
2000 Pennsylvania Avenue, N.W.
Suite 9000
Washington, DC 20006-1801

Robert S. Schachter
Zwerling, Schachter & Zwerling, LLP
41 Madison Avenue
New York, NY 10010

Marc H. Edelson
Hoffman & Edelson, LLC
45 West Court Street
Doylestown, PA 18901

Robert N. Kaplan
Kaplan Fox & Kilsheimer, LLP
805 Third Avenue, 22nd Floor
New York, NY 10022

Scott M. Karsten
Sack Spector & Karsten LLP
836 Farmington Avenue
West Hartford, CT 06119

Andrew Schatz
Schatz & Nobel, P.C.
One Corporate Center
20 Church Street, Suite 1700
Hartford, CT 06103

Michael J. Freed
Steven Kanner
Michael B. Hyman
Much Shelist Freed Denenberg Ament
   & Rubenstein, P.C.
191 North Wacker Drive, Suite 1800
Chicago, IL 60606-1615

Nathan P. Eimer
Eimer Stahl Klevorn & Solberg LLP
224 South Michigan Avenue, Suite 1100
Chicago, IL 60604

Steven J. Greenfogel
Meredith Cohen Greenfogel & Skirmick
Architects Building, 22nd Floor
117 South 17th Street
Philadelphia, PA 19103

Richard Lockridge
W. Joseph Bruckner
Lockridge Grindal Nauen P.L.L.P.
100 Washington Avenue, South
Suite 2200
Minneapolis, MN 55401

Anthony J. Bolognese
Bolognese & Associates, LLC
1617 JFK Blvd., Suite 650
Philadelphia, PA 19103

Steven A. Asher
Fox Rothschild O'Brien & Frankel, LLP
2000 Market Street, 10th Floor
Philadelphia, PA 19103

H. Laddie Montague
Berger & Montague, P.C.
1622 Locust Street
Philadelphia, PA 19103-6365

David Waddell
Seyfarth Shaw LLP
700 Louisiana Street, Suite 3850
Houston, TX 77002-2731

Burton H. Finkelstein
Finkelstein, Thompson & Loughran
The Foundry Building
1050 30th Street NW
Washington, DC 20007

Seymor J. Mansfield
Jeremy L. Johnson
Mansfield Tanick & Cohen, P.A.
1700 Pillsbury Center South
220 South Sixth Street
Minneapolis, MN 55402-4511

Nicholas E. Chimicles
Chimicles & Tikellis, LLP
One Haverford Centre
361 West Lancaster Avenue
Haverford, PA 19041

Michael Albano
Sabia & Hartley, LLC
190 Trumbull Street, Suite 202
Hartford, CT 06103

Harry Lee Godfrey
Vineet Bhatia
Susman Godfrey
1000 Louisiana St., Suite 1500
Houston, TX 77002

Ira Neil Richards
Trujillo Rodriguez & Richards, LLC
226 West Rittenhouse Square
Philadelphia, PA 19103

Tom Alan Cunningham
Cunningham Darlow Zook
   & Chapoton, LLP
600 Travis, Suite 1700
Houston, TX 77002

Richard N. Carrell
Layne E. Kruse
Fulbright & Jaworksi, LLP
1301 McKinney, Suite 5100
Houston, TX 77010

Juliann H. Panagos
McGlinchey Stafford, PLLC
1001 McKinney, Suite 1500
Houston, TX 77002

Richard J. Rappaport
Amy B. Manning
Samantha Gordon
McGuire Woods LLP
77 West Wacker Drive, Suite 4100
Chicago, IL 60601

Conrad S.P. Williams, III
Michael X. St. Martin
Charles G. Jevic, III
Christoher St. Martin
4084 Hwy 311
P.O. Box 2017
Houma, LA 70360

Kenneth M. Kastner
Philip C. Larson
William L. Monts, III
Hogan & Hartson, LLP
555 Thirteenth Street, NW
Washington, DC 20004

Steven M. Edwards
Eric J. Stock
Diana R. Hyman
Hogan & Hartson, LLP
875 Third Avenue
New York, NY 10022

Suzanne Ellen Wachsstock
Wiggin & Dana
400 Atlantic St., 7th Floor
P.O. Box 110325
Stamford, CT 06911-0325