135

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| BASIC CHEMICAL SOLUTIONS LLC, Individually and on Behalf of all Others Similarly Situated, | Civil Action No.3:0~~4-124~~-AVC 3-348 |
| Plaintiffs, | |
| v. | |
| STOLT-NIELSEN SA, et al., | |
| Defendants. | |

## NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that Plaintiff Basic Chemical Solutions LLC, pursuant to

Federal Rule of Civil Procedure 41(a)(1), hereby voluntarily dismisses with prejudice the above-

referenced action.

Dated: April 25, 2005

GOLD BENNETT CERA & SIDENER LLP
595 Market Street, Suite 2300
San Francisco, California 94105
Telephone: (415) 777-2230
Facsimile: (415) 777-5189

By: _____

Joseph M. Barton

Attorneys for Plaintiff
Basic Chemical Solutions LLC

July 19, 2005, SO ORDERED.

Alfred V. Covello, U.S.D.J.

#110192

-1-