136

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| GFI CHEMICALS, LP; AND GFI SWEDEN AB, Individually and on Behalf of all Others Similarly Situated,<br><br>        Plaintiffs,<br> v.<br><br>STOLT-NIELSEN SA, et al.,<br><br>        Defendants. | Civil Action No. 3:03-348-AVC |

## NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that Plaintiffs GFI Chemicals, LP and GFI Sweden AB, pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby voluntarily dismiss with prejudice the above-referenced action.

Dated: April 25, 2005

GOLD BENNETT CERA & SIDENER LLP
595 Market Street, Suite 2300
San Francisco, California 94105
Telephone: (415) 777-2230
Facsimile: (415) 777-5189

By: _____
  Joseph M. Barton

Attorneys for Plaintiffs
GFI Chemicals, LP and GFI Sweden AB

SO ORDERED.
Alfred V. Covello, U.S.D.J.
July 19, 2005.

#110191

-1-