UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |  | |
|---|---|---|---|
| IN RE PARCEL TANKER SHIPPING SERVICES ANTITRUST LITIGATION | ) ) ) ) | | MDL Docket No. 1568 |
| THIS DOCUMENT RELATES TO: | ) ) ) | | |
| JLM INDUSTRIES, INC., JLM INTERNATIONAL, INC., JLM INDUSTRIES (EUROPE) B.V., JLM EUROPE B.V., TOLSON HOLLAND | ) ) ) ) ) ) | | |
| Plaintiffs, | ) ) | | |
| V. | ) ) | | The Honorable Alfred V. Covello |
| STOLT-NIELSEN, S.A., et al., | ) ) | | February 14, 2006 |
| Defendants. | ) ) ) ) | | Relates to Civil Docket No. 303 CV 348 (AVC) only |

NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, plaintiffs JLM Industries, Inc., JLM International, Inc., JLM Industries (Europe) BV, JLM Europe BV, and Tolson Holland hereby provide notice that their action as against the named defendants is hereby dismissed with prejudice as to all defendants, with each party to bear its own attorneys' fees and costs.

1

Dated: February 14, 2006

                                                  Respectfully submitted,

                                                  S/ Eric D. Grayson

                                                  _____
                                                  Eric Grayson, Esq.
                                                  *Counsel for JLM Industries, Inc., JLM International, Inc., JLM Industries (Europe) B.V., JLM Europe B.V., and Tolson Holland.*

Certificate of Service

Please take notice that on February 14, 2006, a copy of this pleading was served by efiling only, with no hard copies being transmitted by U.S. mail or otherwise.

S/ *Eric D. Grayson*

_____

Eric D. Grayson, counsel for JLM