UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| IN RE PARCEL TANKER SHIPPING SERVICES ANTITRUST LITIGATION ) ) ) ) | MDL Docket No. 1568 |
| THIS DOCUMENT RELATES TO: ) ) JLM INDUSTRIES, INC., ) JLM INTERNATIONAL, INC., ) JLM INDUSTRIES (EUROPE) B.V., ) JLM EUROPE B.V., ) TOLSON HOLLAND ) ) Plaintiffs, ) ) V. ) ) STOLT-NIELSEN, S.A., et al., ) ) Defendants. ) ) | The Honorable Alfred V. Covello<br><br>February 14, 2006<br><br>Relates to Civil Docket No. 303 CV 348 (AVC) only |

### NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, plaintiffs JLM Industries, Inc., JLM International, Inc., JLM Industries (Europe) BV, JLM Europe BV, and Tolson Holland hereby provide notice that their action as against the named defendants is hereby dismissed with prejudice as to all defendants, with each party to bear its own attorneys' fees and costs.

Dated: February 14, 2006

                                        Respectfully submitted,

                                        */s/ Eric D. Grayson*

Eric D. Grayson, Esq.
Counsel for JLM Industries, Inc., JLM
International, Inc., JLM Industries (Europe) B.V.,
JLM Europe B.V., and Tolson Holland.
Grayson & Associats, P.C.
124 West Putnam Avenue
Greenwich, CT 06830
(203) 622-8100

## CERTIFICATION

This is to certify that on this 14th day of February, 2006, I caused a copy of the foregoing Notice of Voluntary Dismissal With Prejudice to be sent, by first class mail, postage prepaid, to all counsel on the attached Service List.

_____  
Peter J. Carney, Esq.

## Service List

Richard J. Rappaport, Esq.
Amy B. Manning, Esq.
Samantha C. Gordon, Esq.
**McGuireWoods LLP**
77 West Wacker, Suite 4100
Chicago, IL 60601
Facsimile: (312) 849-3690
*Counsel for Jo Tankers B.V.
and Jo Tankers Inc.*

Robert A. White, Esq.
**Murtha Cullina LLP**
Cityplace I
185 Asylum St.
Hartford, CT 06130-3469
Facsimile: (860) 240-6150
*Counsel for Jo Tankers B.V.
and Jo Tankers Inc.*

Steven Cherry, Esq.
Joseph J. Samarias, Esq.
Bradley Miller, Esq.
**Wilmer Cutler Pickering Hale and Dorr LLP**
1600 Tysons Boulevard, 10th Floor
Tysons Corner, VA 22102
Facsimile: (703) 251-9797
*Counsel for Odfjell ASA and
Odfjell USA, Inc.*

Brian Horan, Esq.
Craig A. Raabe, Esq.
Edward J. Heath, Esq.
Elizabeth A. Fowler, Esq.
**Robinson & Cole**
280 Trumbull Street
Hartford, CT 06103
Facsimile: (860) 275-8299
*Counsel for Odfjell ASA and
Odfjell USA, Inc.*

Paul S. Hoff, Esq.
Richard D. Gluck, Esq.
**Garvey Schubert Barer**
Flour Mill Building, 5th Floor
1000 Potomac Street N.W.
Washington, DC 20007-3501
Facsimile: (202) 965-1729
*Counsel for Tokyo Marine Co., Ltd.*

Keith S. Dubanevich, Esq.
**Garvey Schubert Barer**
121 S.W. Morrison Street, 11th Floor
Portland, OR 97204-3141
Facsimile: (503) 226-0259
*Counsel for Tokyo Marine Co., Ltd.*

Paul D. Sanson, Esq.
Sheila A. Huddleston, Esq.
**Shipman & Goodwin LLP**
One Constitution Plaza
Hartford, CT 06103
Facsimile: (203) 325-0911
*Counsel for Tokyo Marine Co., Ltd.*

Manuel R. Lorca, Esq.
**Skoufalos, Lorca & Zicardi LLP**
Clearwater House
2187 Atlantic Street
Stamford, CT 06902
Facsimile: (203) 325-9011
*Counsel for Copenhagen Tankers, Inc.*

Daniel A. Tadros, Esq.
**Chaffe, McCall, Phillips, Toler & Sarpy, LLP**
2300 Energy Centre
1100 Poydras Street
New Orleans, LA 70163-2300
Facsimile: (504) 595-7075
*Counsel for Copenhagen Tankers, Inc.*

Steven A. Kanner, Esq.
Michael B. Hyman, Esq
Michael Jerry Freed, Esq.
**Much Shelist Freed Denenberg Ament &
Rubenstein, P.C.**
191 North Wacker Drive, Suite 1800
Chicago, IL 60606-1615
Facsimile: (312) 521-2100
*Counsel for KP Chemical Corp.*

Andrew M. Schatz, Esq.
Eric Palmquist, Esq.
**Schatz & Nobel, P.C.**
One Corporate Center
20 Church Street, Suite 1700
Hartford, CT 06103
Facsimile: (860) 493-6290
*Counsel for KP Chemical Corp.*

James E. Hartley, Jr., Esq.
Gary B. O'Connor, Esq.
**Drubner, Hartley & O'Connor**
500 Chase Parkway
Waterbury, CT 06708
Facsimile: (203) 753-6373
*Counsel for Fleurchem, Inc.*

Joe R. Whatley, Jr., Esq.
Richard P. Rouco, Esq.
**Whatley Drake, L.L.C.**
2323 Second Avenue North
P.O. Box 10647
Birmingham, AL 35202
Facsimile: (205) 328-9669
*Counsel for Fleurchem, Inc.*

Conrad S.P. Williams, III, Esq.
Michael X. St. Martin, Esq.
**St. Martin & Williams**
Facsimile: (985) 851-2219
4084 Highway 311
P.O. Box 2017
Houma, LA 70361-2017
Facsimile: (985) 851-2219
*Counsel for Yann Geron as Chapter 7 Trustee of Estate of O.N.E. Shipping Inc.*

Nathan P. Eimer, Esq.
Andrew G. Klevorn, Esq.
Vanessa G. Jacobsen, Esq.
**Eimer Stahl Klevorn & Soldberg LLP**
224 South Michigan Avenue, Suite 1100
Chicago, IL 60604
Facsimile: (312) 692-1718
*Counsel for Union Carbide*

David Gelfand, Esq.
**Cleary Gottlieb Steen & Hamilton**
2000 Pennsylvania Ave., NW, Suite 9000
Washington, DC 20006-1801
Facsimile: (202) 974-1999
*Counsel for Dow Chemical*

Robert G. Oliver, Esq.
**Mulvey Oliver & Gould**
83 Trumbull Street
New Haven, CT 06511
Facsimile: (203) 789-8371
*Counsel for Dow Chemical*

Douglas H. Patton, Esq.
Paul M. Simmons, Esq.
**Dewsnup, King & Olsen**
36 South State Street
2020 Beneficial Life Tower
Salt Lake City, UT 84111
Facsimile: (801) 363-4218
*Counsel for Huntsman Petrochmical*

Michael B. Albano, Esq.
**Sabia and Hartley, LLC**
190 Trumbull Street, Suite 202
Hartford, CT 06103
Facsimile: (860) 713-8944
*Counsel for Huntsman Petrochemical*

Seymour J. Mansfield, Esq.
**Mansfield Tanick & Cohen, P.A.**
1700 Pillsbury Center South
220 Sixth St
Minneapolis, MN 55402-4511
Facsimile: (612) 339-3161
*Counsel for Animalfeeds Int'l Corp.;*
*Inversiones Pesqueras, SA; and Atlantic*
*Shippers of TX*

Richard Lockridge, Esq.
W. Joseph Bruckner, Esq.
Heidi Drewes-Silton, Esq.
Yvonne M. Flaherty, Esq.
**Lockridge, Grindal Nauen, PLLP**
Suite 2200
100 Washington Avenue South
Minneapolis, MN 55401
Facsimile: (612) 339-0981
*Counsel for Animalfeeds Int'l Corp.;*
*Inversiones Pesqueras, SA; and Atlantic*
*Shippers of TX*

Aaron F. Biber, Esq.
Jeremy L. Johnson, Esq.
**Gray, Plant, Mooty, Mooty & Bennett, P.A.**
500 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Facsimile (612) 632-4035
*Counsel for Animalfeeds Int'l Corp.;*
*Inversiones Pesqueras, SA; and Atlantic*
*Shippers of TX*

Eric D. Grayson, Esq.
**Grayson & Associates**
124 W. Putnam Avenue, 2nd Fl.
Greenwich, CT 06830
Facsimile: (203) 622-8104
*Counsel for JLM Int'l Inc.; JLM Industries, Inc.; JLM Industries Europe; JLM Europe BV; Tolson Holland*

Vineet Bhatia, Esq.
**Susman Godfrey**
1000 Louisiana Street
Suite 5100
Houston, TX 77002
Facsimile: (713) 654-6666
*Counsel for Lyondell*

Steven A. Asher, Esq.
**Fox Rothschild O'Brien & Frankel LLP**
2000 Market Street, 10th Floor
Philadelphia, PA 19103
Facsimile: (215) 299-2150
*Counsel for Tulstar Products, Inc.*

Robert N. Kaplan, Esq.
**Kaplan Fox & Kilsheimer, LLP**
805 Third Avenue, 22nd Floor
New York, NY 10022
Facsimile: (212) 687-7714
*Counsel for Tulstar Products, Inc.*